# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2017

*The Court of Appeals hereby passes the following order:*

## A17A0926. TRUMILLA GILBERT v. ANNADALE PARK.

This case began as a dispossessory proceeding in magistrate court. After the magistrate court entered judgment in favor of Annadale Park, defendant Trumilla Gilbert appealed to the superior court. The superior court issued a writ of possession on March 18, 2016, and Gilbert filed a notice of appeal on March 28, 2016. We lack jurisdiction for two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Gilbert did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal.

Second, OCGA § 44-7-56 provides that an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. Gilbert, however, filed her notice of appeal ten days after entry of the superior court order she wishes to appeal. Therefore, the appeal is also untimely.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   01/23/2017*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen*
                                                                , *Clerk.*